# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BRIAN SMITH,<br>          Plaintiff,<br><br>     v.<br><br>PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br>          Defendant. | )<br>)<br>)<br>)<br>)   No. 1:21-cv-00121-MSM-LDA<br>)<br>)<br>)<br>)<br>) |

## **JUDGMENT**

**[ ]** Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[ X ]** Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Memo and Order of January 23, 2023.


                                                            Enter:

                                                            /s/ Carrie L. Potter
                                                            Deputy Clerk

Dated: January 23, 2023